IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED
USMS-PRIS OPS
BALTIMORE, MD

2013 NOV 21  P 4: 10

**UNITED STATES OF AMERICA**

vs.     Case No.   13-2761SAG

**DONTE SHAW**

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Brendan Hurson_, and the Government was represented by Assistant United States Attorney _Harry Gruber_, it is

**ORDERED**, this __21st__ day of __November__ __2013__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Stephanie A. Gallagher
United States Magistrate Judge

FILED ____ ENTERED
LODGED ____ RECEIVED

NOV 21 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement