# UNITED STATES DISTRICT COURT
for the
District of Maryland

RECEIVED
USMS-FRIS OPS
BALTIMORE, MD

2013 NOV 21 P 4: 10

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 13-2761SAG |
| ) | |
| DONTE SHAW ) | Charging District's |
| *Defendant* ) | Case No. 2009 CMD 02135 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of   Colmbia Superior Court  .

The defendant may need an interpreter for this language: _____ .

The defendant:   ☐ will retain an attorney.

   ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: November 21, 2013

_____
*Judge's signature*

   Stephanie A. Gallagher, United States Magistrate Judge
*Printed name and title*

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV 2 1 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY